Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER PERMANENTE EMPLOYEES PENSION PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI PEPITONE,<br><br>            Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE EMPLOYEES PENSION PLAN,<br><br>            Defendant. | Case No.: 4:11-cv-00515-SC<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT KAISER PERMANENTE EMPLOYEES PENSION PLAN TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:  February 2, 2011 |

1  Pursuant to Northern District Local Rule 6-1(a), Plaintiff CINDI PEPITONE
2  (hereinafter "Plaintiff") and Defendant KAISER PERMANENTE EMPLOYEES PENSION
3  PLAN ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree
4  to further extend the time within which Defendant will file a response to the Complaint up to
5  and including May 20, 2011.  This change does not alter any Court-imposed deadlines.

7  Dated: April 22, 2011

9  By: ____/s/_____
10    Richard Johnston
       Attorney for Plaintiff
11    CINDI PEPITONE

14  Dated: April 22, 2011                MILLER LAW GROUP
                                         A Professional Corporation

16  By: ____/s/_____
17    Katherine L. Kettler
       Attorneys for Defendant
18    KAISER PERMANENTE EMPLOYEES
       PENSION PLAN

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

---
1
**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT KAISER PERMANENTE EMPLOYEES PENSION PLAN TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
Case No.: 4:11-cv-00515-SC