| | |
|---|---|
| 1 | Katherine L. Kettler (SBN 231586) |
| | *klk@millerlawgroup.com* |
| 2 | Jennifer A. Shy (SBN 131074) |
| | *jas@millerlawgroup.com* |
| 3 | MILLER LAW GROUP |
| | A Professional Corporation |
| 4 | 111 Sansome Street, Suite 700 |
| | San Francisco, CA 94104 |
| 5 | Tel. (415) 464-4300 |
| | Fax (415) 464-4336 |
| 6 | |
| 7 | Attorneys for Defendant |
| | KAISER PERMANENTE EMPLOYEES |
| 8 | PENSION PLAN |

Richard Johnston (SBN 124524)
 *RichardJohnstonEsq@gmail.com*
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Tel:  (707) 577-7422
Fax:  (707) 837-9532

Attorney for Plaintiff
CINDI PEPITONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI PEPITONE, | Case No.: 4:11-cv-00515-SC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO SET EXTENDED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2(a) RELATED TO PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| KAISER PERMANENTE EMPLOYEES PENSION PLAN, | |
| Defendant. | Complaint filed: February 2, 2011 |

1    Pursuant to United States District Court of the Northern District of California's
2 Local Rule ("Local Rule") 6-2(a), Plaintiff Cindi Pepitone ("Plaintiff") and Defendant Kaiser
3 Permanente Employees Pension Plan ("Defendant") (collectively the "Parties"), by and
4 through their respective counsel of record, hereby stipulate for an extended briefing schedule
5 related to their cross-motions for summary judgment as follows:

7    WHEREAS, this is an action for pension benefits governed by the Employee
8 Retirement Income Security Act of 1974, 29 U.S.C. Sections 1001 *et seq.* ("ERISA");

10    WHEREAS, the Parties have not previously sought to continue or extend any of
11 the deadlines in this ERISA action related to the filing of Cross-Motions for Summary
12 Judgment or Court scheduled conferences;

14    WHEREAS, on June 24, 2011 the Court scheduled a Trial Setting Conference
15 for January 13, 2012;

17    WHEREAS, the Parties participated in an early neutral evaluation ("ENE")
18 pursuant to the Court's ADR procedure on September 14, 2011;

20    WHEREAS, while this matter was not resolved at the ENE session, the Parties
21 have agreed, through their respective counsel, to engage in further good faith efforts to
22 informally resolve this dispute;

24    WHEREAS, in the event that informal resolution is unsuccessful, the Parties
25 intend to file Cross-Motions for Summary Judgment dispositive of the issues in this ERISA
26 action, and will need sufficient time to prepare their respective Cross-Motions for Summary
27 Judgment, opposition and reply briefs.

28

1
**STIPULATION AND [PROPOSED] ORDER TO SET EXTENDED BRIEFING SCHEDULE PURSUANT TO
LOCAL RULE 6-2(a) RELATED TO PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No.: CV 00515 SC**

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, that, pursuant to Local Rule 6-2(a), in order to accomplish these goals, and having met and conferred regarding their respective calendars and availability, and having contacted the Court's clerk to reserve a hearing date, that a hearing on the Parties' Motions for Summary Judgment be scheduled on **April 20, 2012**, and that a briefing schedule be set by the Court extending deadlines otherwise set by Local Rule 7-3, as follows:

Last day for the Parties to file and serve Cross-Motions for Summary Judgment:
**March 9, 2012**

Last day for the Parties to file and serve opposition briefs:
**March 23, 2012**

Last day for the Parties to file and serve reply briefs:
**April 6, 2012**

Hearing on the Parties' Cross-Motions for Summary Judgment:
**April 20, 2012**

IT IS FURTHER STIPULULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, in the event that the Court wishes to continue the January 13, 2012 Trial Setting Conference and set a new date for a Trial Setting Conference, the Parties respectfully request that the Trial Setting Conference be set **no earlier than April 20, 2012**.

**STIPULATION AND [PROPOSED] ORDER TO SET EXTENDED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2(a) RELATED TO PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No.: CV 00515 SC**

Good cause exists for the setting of the deadlines for the parties' Cross-Motions for Summary Judgment, as set forth above.

IT IS SO STIPULATED:

Dated: December 19, 2011         LAW OFFICE OF RICHARD JOHNSTON

By: __/s/_____
   Richard Johnston
   Attorney for Plaintiff
   CINDI PEPITONE

Dated: December 19, 2011         MILLER LAW GROUP
A Professional Corporation

By: __/s/_____
   Katherine L. Kettler
   Attorneys for Defendant
   KAISER PERMANETE EMPLOYEES
   PENSION PLAN

**STIPULATION AND [PROPOSED] ORDER TO SET EXTENDED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2(a) RELATED TO PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**Case No.: CV 00515 SC**

Having reviewed the Stipulation executed by Plaintiff CINDI PEPITONE and Defendant KAISER PERMANENTE EMPLOYEES PENSION PLAN, and good cause appearing, the Court hereby orders that pursuant to Local Rule 6-2(b) the parties' Cross-Motions for Summary Judgment, as well as a subsequent Trial Setting Conference, be scheduled as set forth below:

Last day for the Parties to file and serve Cross-Motions for Summary Judgment:
**March 9, 2012**

Last day for the Parties to file and serve opposition briefs:
**March 23, 2012**

Last day for the Parties to file and serve reply briefs:
**April 6, 2012**

Hearing on the Parties' Cross-Motions for Summary Judgment:
**April 20, 2012**

~~Trial Setting Conference:~~

~~_____, 2012, at _____.~~

**IT IS SO ORDERED.**

Dated: December 27, 2011   _____
                          The Honorable Samuel Conti
                          United States District Court Judge

4846-3311-3358, v. 1

4

**STIPULATION AND [PROPOSED] ORDER TO SET EXTENDED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2(a) RELATED TO PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**Case No.: CV 00515 SC**