Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER PERMANENTE EMPLOYEES
PENSION PLAN

Richard Johnston (SBN 124524)
richardjohnstonesq@gmail.com
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401
Tel. (707) 577-7422
Fax (707) 837-9532

Attorney for Plaintiff
CINDI PEPITONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI PEPITONE,<br><br>            Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE EMPLOYEES PENSION PLAN,<br><br>            Defendant. | Case No.: C 11-00515 SC<br><br>**STIPULATION AND [~~PROPOSED~~]  ORDER FOR DISMISSAL**<br><br><br>Complaint filed:  February 2, 2011 |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 18, 2012        MILLER LAW GROUP
                             A Professional Corporation

                             By:_____/s/_____
                                Katherine L. Kettler
                                Attorneys for Defendant
                                KAISER PERMANENTE EMPLOYEES
                                PENSION PLAN

Dated: April 18, 2012        LAW OFFICE OF RICHARD JOHNSTON

                             By:_____/s/_____
                                Richard Johnston
                                Attorneys for Plaintiff
                                CINDI PEPITONE

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: ____4/19_____, 2012        _____
                                     HONORABLE SAMUEL CONTI

4819-6414-8495, v. 1

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*